1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN  DIVISION

11 JESUS M. SALCIDO,                ) CIVIL NO. CV 13-4772-GW-PLA
                                    )
12     Plaintiff,                   ) (PROPOSED) ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13     v.                           ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN,               )
   Commissioner of Social Security, )
15                                  )
       Defendant.                   )
16 _____)

18     Based upon the parties' Stipulation for the Award and Payment of Equal Access to
19 Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FOUR
20 HUNDRED DOLLARS ($3,400.00), as authorized by 28 U.S.C. § 2412(d), be awarded
21 subject to the terms of the Stipulation.

24 Dated: July 2, 2014
                                        _____
25                                      THE HONORABLE PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE